

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00371-CV

**IN THE MATTER OF THE GUARDIANSHIP OF DONNA JEAN HAMMOND, AN INCAPACITATED PERSON**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,688
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant has filed a motion requesting that this court provide him with a copy of the reporter's record. We grant the motion and order the clerk of this court to send appellant electronic copies of the volumes of the reporter's record that have been filed in this case. We further order appellant, Ronald E. Smith, to file the amended brief, as per this court's October 27, 2017 and November 22, 2017 orders, by **January 18, 2018**. Appellant is advised that if he does not timely file the amended brief, this appeal will be dismissed for want of prosecution.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.



_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court